## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE LOIS BLOOM**  DATE: 7/5/11

**DOCKET NUMBER:** 11 M 604  LOG #: 11:53 - 12:13

**DEFENDANT'S NAME:** JOSE RODRIGUEZ-GOMEZ
✓ Present  ___ Not Present  ✓ Custody  ___ Bail

**DEFENSE COUNSEL:** ROYCE RUSSELL
___ Federal Defender  X CJA  ___ Retained

**A.U.S.A** NADIA SHIHATA  **DEPUTY CLERK:** SM YUEN

**INTERPRETER:** _____ (Language) _____

_Detention_ Hearing held. _Bond Satisfaction_ Hearing adjourned to _7/12/11 11am_

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

_2_ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

✓ Additional surety (ies) to co-signed bond by _before deft's release_.

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.  Code Type___  Start_____  Stop_____

___ Order of Speedy Trial entered.  Code Type___  Start_____  Stop_____

___ Defendant's first appearance.  ___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for _____ @ _____ before Judge _____

**OTHERS:** Bond set in the amount of $250,000